AO 451  (Rev. 12/12)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania 🗹

| | | |
|---|---|---|
| TALEN ENERGY MARKETING, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 19-4303 |
| ALUMINUM SHAPES, LLC | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    02/12/2021    .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:    04/02/2021



Kate Barkman, Clerk of Court
U.S. District Court, Eastern District of PA

*CLERK OF COURT*

s/John Arrow

*Signature of Clerk or Deputy Clerk*